

**NUMBER 13-13-00220-CR**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**TABATHA ELLIOTT,** **Appellant,**

**v.**

**THE STATE OF TEXAS,** **Appellee.**

---

**On appeal from the 319th District Court
of Nueces County, Texas.**

---

# O R D E R

**Before Justices Garza, Benavides, and Perkes
Order Per Curiam**

This cause is before the Court on appellee's motion to direct the trial court clerk to forward to this Court either the original or a copy of SX#35 in Cause No. 12-CR-1885-G (S1).

The Court, having fully examined and considered appellee's motion to direct the trial court clerk to forward an original or copy of exhibit SX#35, is of the opinion that the

motion should be granted. Appellee's motion is hereby GRANTED. The clerk of the trial court is hereby ORDERED to forward either a copy of or original exhibit SX#35, a DVD recording of appellant's statement to the police admitted at trial in Cause No. 12-CR-1885-G (S1), to this Court within fifteen days from the date of this order.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
4th day of June, 2014.